# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAVIER CABRERA-RODRIGUEZ, Defendant. | Case No. 18-cr-03263-BAS<br><br>**JUDGMENT & ORDER GRANTING DEFENDANT'S MOTION TO DISMISS INDICTMENT**<br><br>[ECF No. 16] |

Defendant Javier Cabrera-Rodriguez moves to dismiss the indictment under 8 U.S.C. § 1326(d). (ECF No. 16.) He argues his prior removal was fundamentally unfair and cannot be relied upon to prosecute him. (*Id.*)

The Government's response to the Motion was due Monday, August 20, 2018. No response has been filed, nor has the Government contacted the Court to request additional time to craft a response. The Court therefore construes the lack of a response on the part of the Government as an acquiescence in Defendant's Motion to Dismiss. On that basis, the Court **GRANTS** the Motion. The Court **DISMISSES** the indictment accordingly. The Court also **VACATES** the motion and trial setting hearing scheduled for August 27, 2018, at 2:00 p.m.

**IT IS SO ORDERED.**

**DATED: August 24, 2018**

Hon. Cynthia Bashant
United States District Judge